ALFRED W. RILEY, JR.,                    )
                                         )
                Petitioner,              )
                                         )
        v.                               )        1:25CV643
                                         )
LESLIE COOLEY-DISMUKES,                  )
                                         )
                Respondent.              )

## ORDER

On March 9, 2026, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b).  Objections were filed within the time limits prescribed by section 636.  (Doc. 15.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report.  The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Respondent's motion to dismiss, (Doc. 6) is GRANTED, the Petition (Doc. 1) is DISMISSED, and there being neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability not issue.

                              /s/   Thomas D. Schroeder
                              United States District Judge


April 15, 2026